INSURANCE CO. v. SURETY CO.

Case below: 1 N.C.App. 9.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 30 April 1968.